Eastern District of Kentucky
**FILED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON
CASE NO. 07-CV-00019

OCT 2 2 2007

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

PAUL C. GARDNER                                                       PLAINTIFF

VS.                     AGREED ORDER OF DISMISSAL

GREGORY T. MARLIN AND LEXINGTON-FAYETTE
URBAN COUNTY GOVERNMENT                                         DEFENDANTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

By agreement of the parties, as is evidenced by the signatures of respective counsel below;

IT IS HEREBY ORDERED THAT all claims in the above referenced lawsuit are DISMISSED, WITH PREJUDICE, with each party to bear their own costs and attorney fees.

This the 22d day of October, 2007.

_Joseph M. Hood_
JUDGE

HAVE SEEN AND AGREED:

_C. William Swinford_
C. William Swinford, Esq.
Attorney for Plaintiff

_Carolyn C. Zerga_
Carolyn C. Zerga, Esq.
Attorney for Defendant